67 F.3d 291
 76 A.F.T.R.2d 95-6799, 95-2 USTC P 50,550
 Harold T. Eisenman, Aldo Genova, Lucy Genova, Sheila
Grossman, Marton Grossman, Catherine K. Hardwick, Donn Sand,
Rosemarie Sand, Frank Sciara, Nancy Sciara, Donald Toresco,
Marguerite Toresco, Harold Traub, Donna Traub
v.
Commissioner of Internal Revenue Service; Robert Borra,
Michael A. Farina, Sandra Farina, Joseph Casser,
Alda Casser, Irving Fish, Ilene Fish,
Arthur Greenbaum, Theodora
Greenbaum, Paul Rowe, Michael
 NOS. 95-7110, 95-7111
 United States Court of Appeals,
Third Circuit.
 Sept 28, 1995
 
 Appeal From: U.S.T.C., Nos. 85-29996, 84-29586,
 Jacobs, J., 102 T.C. 323
 
 
 1
 AFFIRMED.